**David STEWART, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64185.**

Missouri Court of Appeals,
Western District.

May 10, 2005.

Sarah W. Patel, Kansas City, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: THOMAS H. NEWTON, P.J.,
HAROLD L. LOWENSTEIN and
PATRICIA A. BRECKENRIDGE, JJ.

## ORDER

PER CURIAM.

Mr. David Stewart appeals the motion court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).